# THE
# KURLAND
## GROUP
ATTORNEYS AT LAW

# MEMO ENDORSED

August 2, 2021

**VIA ECF**
The Honorable Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street, Courtroom 521
White Plains, NY 10601-4150

### Re: Montana v. City of Mount Vernon, et al; Index No. 21-cv-260 (KMK)

Your Honor:

We represent Plaintiff, Brittany Montana, in the above referenced matter and write to request a brief adjournment of the initial pre-trial conference, currently scheduled for August 5, 2021. Defendants consent to this request.

As an initial matter, I apologize for the delay in bringing this request—I was out of the office last week when the conference was first scheduled. However, I will be unable to attend the initial pre-trial conference on August 5, 2021 due to a previously scheduled court-ordered deposition in the matter of *O'Halloran v. MTA, et. al.*, Index No. 160953/2013 in New York State Supreme Court.

This is the first request for an adjournment of the initial pre-trial conference. Thank you in advance for your time and attention to this matter.

Respectfully Submitted,

~//s//~
Erica T. Healey-Kagan

*Granted. The conference will be held on September 17, 2021 at 10:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

*8/3/2021*

85 BROAD STREET
28th FLOOR
NEW YORK, NY 10004

P: 212 253 6911
F: 212 614 532

kagan@kurlandgroup.com
KURLANDGROUP.COM

New York | Washington, D.C.