UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY MONTANA,

                Plaintiff,

   v.

CITY OF MOUNT VERNON, MOUNT
VERNON FIRE DEPARTMENT,

                Defendants.

No. 21-CV-260 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record during the Court's July 2, 2024 conference, Defendants' Motion for Reconsideration is denied.

    Plaintiff The Clerk of Court is respectfully requested to terminate the pending Motion at Dkt. No. 76.

    Additionally, the Court set a briefing schedule for Plaintiff's motion for summary judgment. Plaintiff is directed to file her papers by September 17, 2024. The response is due by October 17, 2024. The reply is due by November 18, 2024.

SO ORDERED.

DATED:    July 2, 2024
                 White Plains, New York

                                                              KENNETH M. KARAS
                                                              UNITED STATES DISTRICT JUDGE